Trustee Copy

Case 09-45132    Doc 59    Filed 11/30/10    Entered 11/30/10 11:23:11    Desc Main
United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division
Document    Page 1 of 1

IN RE:  Smith, Mary                                    )                    Case No.  09 B 45132
            Smith, Jimmy                             )                    Judge A. Benjamin Goldgar
                                                                       Date  11/29/10

Debtor Attorney:

Michael B Dedio
12757 S Western Ave
Blue Island, IL  60406

Mary Smith and Jimmy Smith
9101 South Yates Boulevard
Chicago, IL  60617                                                          Mail

Mail

---

### *Notice of Payment of Final Mortgage Cure Amount*
### *NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1)   The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of GMAC
      Mortgage Corporation; Account No: COC; in the amount of $200.00 has been paid in full.

2)   The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
      failed to make timely payments of postpetition obligations.

3)   If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to
      itemize all outstanding payment obligations as of the date of the notice, and file a statement of these
      obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the
      debtor, within 60 days of service of the notice from the trustee (or longer time as the court may order).

4)   If the holder fails to file and serve a statement of outstanding obligations within the required time, the
      holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the
      date of the trustee's notice.

5)   If the holder does serve a statement of outstanding obligations within the required time, the debtor may
      (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed
      with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a
      contested matter, or
      (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges
      or the court determines to be due.

6)   To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
      determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of
      the holder to collect these amounts will be unaffected.

7)   No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                                    Creditor Address:
Suite 800
224 South Michigan Avenue                                          GMAC Mortgage Corporation
Chicago, IL  60604-2500                                            Mail Code 507 345 110
(312) 431-1300                                                     3451 Hammond Ave
                                                                      Waterloo, IA  50702

Mail